Estate of Joseph Jones. Appeal of T. Pantall, Guardian of Joseph Jones, a minor.

Argued Oct. 7, 1896. Appeal, No. 131, Oct. T., 1896, by T. Pantall, guardian, from decree of O. C. Jefferson Co., Dec. T., 1890, No. 3, overruling exceptions to auditor's report. Before Sterrett, C. J., Green, Williams, McCollum, Mitchell, Dean and Fell, JJ. Affirmed.

Per Curiam, January 4, 1897:

This case was argued with Estate of Owen Jones, a minor, etc., No. 130, October term, 1896, in which an opinion has just been filed. The questions involved are the same in both. For reasons suggested in the opinion referred to, the decree in this case should not be disturbed.

Decree affirmed and appeal dismissed at appellant's costs.